IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

*******

| | |
|---|---|
| SUN WEST MORTGAGE COMPANY, INC., )<br> )<br>PLAINTIFF, )<br>VS. )<br> )<br> )<br>PRUDENCE TUITT; )<br>UNKNOWN SPOUSE OF PRUDENCE TUITT; )<br>JOHN DOE, )<br>DEFENDANTS. )<br>_____) | CIVIL NO.: 1:17-cv-34<br><br>ACTION FOR DEBT AND<br>FORECLOSURE OF REAL<br>PROPERTY MORTGAGE |

TO:   Glenda L. Lake, Esq.
      Clerk of the District Court of the Virgin Islands
      Ron deLugo Federal Building
      5500 Veterans Drive
      Rm 310
      St. Thomas, VI 00802

      AND ALL COUNSEL OF RECORD

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peter J. Lynch, Esq. of Lynch Law Office hereby enters his appearance. as counsel for Plaintiff, SUN WEST MORTGAGE COMPANY, INC., in the above-captioned action.

Undersigned counsel respectfully requests that all pleadings, papers and other materials to be served on Plaintiff SUN WEST MORTGAGE COMPANY, INC. be delivered to Peter J. Lynch, Esq. electronically via the DC/ECF System, or by electronic

Case: 1:17-cv-00034-WAL-GWC   Document #: 3   Filed: 06/28/17   Page 2 of 3

SUN WEST MORTGAGE COMPANY, INC. v. TUITT et. al.
Notice of Appearance of Peter J. Lynch, Esq.
Page **2** of **3**

mail to the email address shown below, or if electronic delivery is not practicable, by

U.S. Mail to the postal address shown below.

DATED:   June 28, 2017            Respectfully submitted,

*s/ Peter J. Lynch*
Peter J. Lynch, Esq., VI Bar No. 1256
LYNCH LAW OFFICE
PO Box 308351
St. Thomas, VI 00803
340-201-3646
pete@lynchlawoffice.com

SUN WEST MORTGAGE COMPANY, INC. v. TUITT et. al.
Notice of Appearance of Peter J. Lynch, Esq.
Page **3** of **3**

## Certificate of Service

  I hereby certify under penalties of perjury that I served a true and complete copy of the foregoing on all *pro se* defendantss and counsel of record in the above-captioned action by U. S. Mail, postage prepaid, at the addresses listed below:

PRUDENCE TUITT
RR 1
Box 8004
Kingshill, VI 00850-9860

UNKNOWN SPOUSE OF PRUDENCE TUITT
RR 1
Box 8004
Kingshill, VI 00850-9860

JOHN DOE
RR 1
Box 8004
Kingshill, VI 00850-9860

                *s/ Peter J. Lynch*

[MP #17-000606-1/TUITT/OD/Jun 20, 2017]